FIL■ IN CHAMBERS
U.S.D.C. Atlanta

APR 1 5 2011

JAMES N. HATTEN/Clerk

By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

JOSE LUIS DE ALBA-REYES,

    Defendant.

CRIMINAL CASE NO.

1:10-CR-286-JEC

## ORDER

The above entitled action is presently before the Court on the Magistrate Judge's Report and Recommendation [25] recommending denying defendant's Motion to Suppress Search and Seizure [17]. No Objections to the Report and Recommendation [25] have been filed.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [25] **DENYING** defendant's Motions to Suppress Search and Seizure [17].

The Court schedules the trial date for the above defendant for **MONDAY, MAY 9, 2011, 9:30 A.M., COURTROOM 2107**. This case is set for trial on the May 9th calendar along with several other cases. If this case is not reached by May 9, 2011, it will move to the next available date.

Each party shall file the party's 15 requests to charge, the JOINT voir dire questions, and any motions in limine by **3:00 P.M.**,

**MAY, 2, 2011.**[1]   The pretrial conference is scheduled for **MONDAY, MAY 2, 2011, 3:00 P.M., CHAMBERS 2167.**

Written objections to each other's requests to charge are due on the morning of trial.  Please provide two courtesy copies.

Counsel are directed to mark their exhibits *PRIOR* to trial with an exhibit sticker, exhibit number and CASE NUMBER.  Counsel must submit a typed exhibit and witness list to the Court, court reporter and court deputy the morning trial begins.

SO ORDERED this ___/5___ day of APRIL, 2011.

_____
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE

_____

[1]   Counsel shall provide a disc containing the voir dire questions and requests to charge.